IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JENNIFER B. ROBINSON and<br>MICHAEL M. BOYD,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LEWISBURG, TENNESSEE<br>acting by and through the<br>CITY OF LEWISBURG PLANNING<br>COMMISSION and acting by and through<br>the CITY OF LEWISBURG ZONING<br>APPEALS BOARD,<br><br>    Defendants. | CASE NO. 1:05-00093<br>JUDGE HAYNES |

## ORDER

Upon stipulation of dismissal (Docket Entry No. 25) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 19th day of March, 2008.

WILLIAM J. HAYNES, JR
United States District Judge